TASHA PARIS CHALFANT, SBN 207055
Attorney at Law
5701 Lonetree Blvd., Suite 312
Rocklin, California 95765
Telephone: (916) 444-6000
Facsimile: (916) 930-6093
Email: tashachalfant@gmail.com

Attorney for Defendant
JOSE JESUS SUAREZ VILLA

# UNITED STATES OF DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>JOSE JESUS SUAREZ VILLA,<br><br>Defendant. | Case No.: 2:18-CR-0178 KJM<br><br>**STIPULATION AND ORDER [PROPOSED] RE TEMPORARY RELEASE FOR MEDICAL-LEGAL EVALUATION** |

Mr. Suarez Villa previously worked for Walter and Sons Masonry, Inc., located in Morgan Hill, California. On or about October 13, 2017, he was injured on the job and filed a timely worker's compensation claim. The injury was a major laceration to his leg which occurred while Mr. Suarez Villa was cutting a rock with a grinder.

Prior to his arrest on this case, Mr. Suarez Villa was regularly treating with physicians, treatment providers and meeting with his worker's compensation attorney, Troy Otus, of the Otus Law Group. Both counsel and the investigator for Mr. Suarez Villa have spoken with Guadalupe Lopez from Troy Otus's law office to confirm the necessity of this medical-legal evaluation. Per the Otus Law Group, if Mr. Suarez Villa is not able to attend this appointment, his entire case will be dismissed.

1   Mr. Suarez Villa is requesting to be temporarily released from custody so that he can attend this final medical-legal evaluation. The appointment is on Tuesday, December 17, 2019, at 11:00 a.m. (10:45 a.m. arrival) located at 38162 Glenmoor Drive, Fremont, California 94536, 510-793-8789, with Dr. Donald Pang, M.D.

Mr. Suarez Villa is in custody at the Sacramento Main Jail. The request is that he be temporarily released on Tuesday, December 17, 2019, sometime between 7 a.m. and 8 a.m., to the custody of Investigator Frank Huntington and return to the Sacramento County Main Jail no later than 6:00 p.m. He would travel between Sacramento County and Alameda County (where Dr. Donald Pang is located). The Court certified Spanish interpreter, Mari Fitzgibbon, is also available to accompany Mr. Suarez Villa and Investigator Frank Huntington.

It is hereby stipulated and agreed between plaintiff, United States of America, and defendant, Jose Jesus Suarez Villa, through their attorneys, that Mr. Suarez Villa may be temporarily released from custody as set forth below to attend his final medical-legal evaluation, on Tuesday, December 17, 2019, in the third-party custody of Investigator Frank Huntington.

The parties agree that the Court may order Mr. Suarez Villa temporarily released sometime between 7 a.m. and 8 a.m. on Tuesday, December 17, 2019, with instructions that he return to the jail by 6:00 p.m. the same day. The Court shall direct the US Marshals Service to coordinate Mr. Suarez Villa's release and surrender with the jail as they see fit, within the time frame permitted above. Mr. Suarez Villa will sign the attached Notice to Defendant Being Released (modified to fit the conditions of this temporary release) which defense counsel will submit to the Courtroom Deputy for filing before December 17, 2019.

Respectfully submitted,

Date: November 18, 2019  /s/Tasha Paris Chalfant
TASHA PARIS CHALFANT
Attorney for Defendant
JOSE JESUS SUAREZ VILLA

| | | |
|---|---|---|
| Date: November 18, 2019 | | McGREGOR SCOTT<br>Unites States Attorney |
| | | <u>/s/Tasha Paris Chalfant for Timothy Delgado</u><br>TIMOTHY DELGADO<br>Assistant United States Attorney |

**ORDER**

Jose Jesus Suarez Villa, is ordered temporarily released from custody sometime between 7 a.m. and 8 a.m. on Tuesday, December 17, 2019, to Investigator Frank Huntington, and Jose Jesus Suarez Villa, is further ordered to surrender himself to the Sacramento County Main Jail by 6:00 p.m. that day. The U.S. Marshals Service is directed to make necessary arrangements with Sacramento County Main Jail for Mr. Suarez Villa's release and surrender. Mr. Suarez Villa is ordered to sign the attached Notice to Defendant Being Released and file it with the Court before his release. All conditions set forth in that notice are hereby ordered.

IT IS SO ORDERED.

Dated: December 3, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE