UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE JESUS SUAREZ VILLA,<br><br>Defendant. | No. 2:18CR00178-KJM<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO: THE UNITED STATES MARSHAL SERVICE

This is to authorize and direct you to release JOSE JESUS SUAREZ VILLA;

Case No. 2:18CR00178-KJM, from custody for the following reasons:

___Release on Personal Recognizance

___Bail Posted in the Sum of $

    ___ Unsecured Appearance Bond

    ___ Appearance Bond with 10% Deposit

    ___ Appearance Bond with Surety

    ___ Corporate Surety Bail Bond

__X__ (Other): Time Served

Issued at Sacramento, California on 2/10/20, at 11 a.m.

_____
Kimberly J. Mueller
United States District Judge